IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DEBORAH PAXINOS,<br><br>        Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>        Defendant. | CV 19-110-BLG-SPW-TJC<br><br>**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

Defendant has filed an unopposed motion to continue the Preliminary Pretrial Conference. (Doc. 8.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. The Preliminary Pretrial Conference currently scheduled for March 31, 2020 shall be continued to **April 14, 2020 at 11:00 a.m.** All other deadlines and requirements set forth in the Court's February 3, 2020 Preliminary Pretrial Conference Order remain in effect.

DATED this 7th day of February, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge